SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>          Plaintiff,<br><br>     vs.<br><br>Consign-It Home Furnishings,<br>LLC, et al,<br><br>          Defendants | Case No. **2:08-cv-01807-MCE-KJM**<br><br>REQUEST FOR EXTENSION OF TIME UNTIL OCTOBER 20, 2008 FOR DEFENDANT MCCREERY'S HOME FURNISHINGS, INC. TO RESPOND TO COMPLAINT; ORDER |

   Pursuant to Local Rule 6-142, Plaintiff Scott N. Johnson and Defendants, McCreery's Home Furnishings, Inc., by and through their respective attorney's of record (Scott N. Johnson; Catherine M. Corfee) stipulate as follows:

//

//

//

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1. No extension of time has been previously obtained.
2. Defendant McCreery's Home Furnishings, Inc. is granted an extension until October 20, 2008 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants' response will be due no later than October 20, 2008.

IT IS SO STIPULATED effective as of October 7, 2008

Dated:   October __, 2008                    _____

                                             Catherine M. Corfee,

                                             Attorney for Defendant

                                             McCreery's Home

                                             Furnishings, Inc.


Dated:   October 7, 2008                     /s/Scott N. Johnson ____

                                             Scott N. Johnson,

                                             Attorney for Plaintiff

//

//

//

//

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS SO ORDERED:** that Defendant McCreery's Home Furnishings, Inc. shall have until October 20, 2008 to respond to Plaintiff's complaint.

DATED: October 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE